PS 8
(2/23)

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

U.S.A. vs. Jason Lomax Flowers Docket No. 22−mj−30279

### Petition for Action on Conditions of Pretrial Release

Pretrial Services Officer Khaleah D. Calloway presents this report concerning defendant Jason Lomax Flowers. On April 14, 2023, Chief United States Magistrate Judge David R. Grand placed defendant Jason Lomax Flowers under pretrial release supervision with standard and special conditions.

**Respectfully presenting petition for action of court and for cause as follows**:

The defendant was ordered to not consume alcohol as a condition of release; therefore, U.S. Pretrial Services believes testing and treatment conditions are needed to monitor this condition.

The defendant and co-defendant have a mutual employer and work in proximity with one another, therefore, U.S. Pretrial Services believes the condition, no contact with co-defendants, should be modified to allow the defendant to maintain employment.

**ACCORDINGLY, BOND IS MODIFIED TO ADD THE FOLLOWING CONDITION:**

Submit to any testing required by the supervising officer to determine whether the defendant/person under supervision is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

**ACCORDINGLY, BOND IS MODIFIED TO THE FOLLOWING CONDITION:**

No contact with co-defendant, Anthony Whitlock.

**ALL PREVIOUSLY IMPOSED CONDITIONS OF RELEASE SHALL REMAIN IN EFFECT.**

Assistant United States Attorney John O'Brien and defense counsel William Ford do not object to the bond modification request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4-25-2023

Respectfully,

/s:/ Khaleah D. Calloway

United States Pretrial Services Officer

Place: <u>Detroit, Michigan</u>

**THE COURT ORDERS:**

[ ]  No Action

[✓]  Modification of Pretrial Conditions as Requested

[ ]  Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]  The Issuance of a Warrant [check one of the below]
    [ ]  Defendant to appear before the Judge assigned to the case
    [ ]  Defendant to appear before the Duty Magistrate Judge

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

ORDER OF COURT

Considered and ordered this 25th day of April, 2023, and ordered filed and made a part of the records in the above case.

_____
Chief United States Magistrate Judge David R. Grand